[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-11793
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 7, 2005
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-00173-CV-4-SPM

RICHARD W. WILLIAMS,
VICTOR L. DAVIS, SR.,
as personal representative
of the Estate of Lakisha M.
Davis, Deceased,

Plaintiffs-Appellants,

versus

GEICO GENERAL INSURANCE COMPANY,
A Foreign Corporation,
THOMAS CHRISTIANSEN,
TRACY BOLTIN,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(September 7, 2005)

Before CARNES, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Plaintiffs-Appellants Richard W. Williams ("Williams") and Victor L. Davis, Sr. ("Davis"), as personal representative of the estate of Lakisha M. Davis, deceased, appeal the district court's order granting summary judgment in favor of GEICO General Insurance Company ("GEICO").[1]

Williams was insured by GEICO through an automobile liability policy when he was involved in a fatal car accident in which Davis and his son were seriously injured, and his wife was fatally injured. After an excess judgment was entered against Williams, he and Davis filed a complaint seeking damages for GEICO's alleged bad faith in failing to negotiate a settlement for the policy limits. In granting summary judgment in GEICO's favor, the district court concluded that GEICO "did not act in bad faith toward its insured."

Upon a *de novo* review of the record and consideration of the parties' briefs, we agree with the district court that there is insufficient record evidence that would lead a rational trier of fact to conclude that GEICO acted in bad faith in handling Davis's bodily injury and death claim against Williams. Accordingly, we affirm the district court's order granting summary judgment in GEICO's favor.

AFFIRMED.

---

[1] Prior to granting summary judgment in favor of GEICO, the district court dismissed Defendants Thomas Christiansen and Tracy Boltin as fraudulently joined.